# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANDREW SMITH,<br><br>Petitioner,<br><br>v.<br><br>J.W. KATAVICH, Warden,<br><br>Respondent. | Case No. CV 13-01262 AB (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 17, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE